

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501

Steven W Ritcheson
White Field Inc
9800 D Topanga Canyon Boulevard Suite 347
Chatsworth, CA 91311

January 19, 2011

Re: 2:10-cv-09220-JHN -CW Gooseberry Natural Resources LLC v. Advance Magazine Publishers Inc et al

Dear Mr. Ritcheson,

I hereby return the Summons In A Civil Action received today from Delaware Registered Agents & Incorporators. A copy of their letter to the Court is attached, along with the Summons.

Sincerely,

Alicia Mamer
Deputy Clerk to the
Hon. Jacqueline H. Nguyen



## DELAWARE ⚷ REGISTERED
## AGENTS & INCORPORATORS
*Your key to forming a Delaware company*

January 11, 2011

United States District Court
Central District of California
Los Angeles Division
312 N Spring St. # G8
Los Angeles, CA 90012-2095

### RE:  7th Wave, Inc.

This is to inform you that we received the summons for 7th Wave, Inc.  With some research this is what we have found out the company was original formed in June of 1994 and went void May of 1996.  We took over Delaware Registered Agents  in 2003 and we have searched all our records that were given to us from the prior ownership and there is nothing in our files for this company.  No contact information - nothing with it going void in 1996 they may have been destroyed and never forwarded.  So we are returning the summons back to the court if there is anything else we can help you with please just let us know.

Sincerely,

Kathleen Moore
Incorporation Specialist