# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Goosberry Natural Resources, LLC

Plaintiff(s),

v.

Advance Magazine Publishers, Inc. et al.,   Defendant(s).

CASE NUMBER:

CV10-9220-JHN(CWx)

**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _counter-defendant Goosberry_ for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☐ Proof of Service is lacking required information
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Time to respond has not expired
- ☒ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55-3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

By: _Brent Pacillas_
Deputy Clerk