1  Steven W. Ritcheson, Esq. (SBN 174062)
   WHITE FIELD, INC.
2  9800 D Topanga Canyon Blvd. #347
   Chatsworth, California 91311
3  Telephone: (818) 882-1030
   Facsimile: (818) 337-0383
4  swritcheson@whitefieldinc.com

5  Attorneys for Plaintiff, GOOSEBERRY NATURAL RESOURCES, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| GOOSEBERRY NATURAL RESOURCES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.H. BELO CORP, FARK, INC., GEEKNET, INC., INTERSERVE, INC. d/b/a TECHCRUNCH, INC., 7TH WAVE INC.<br><br>　　　　　Defendants. | Case No. 10-cv-09220-JHN (CW)<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT FARK, INC.** |

The Parties identified below, by and through their respective counsel, stipulate as follows:

1. Pursuant to Rule 41 of the Federal Rules Of Civil Procedure and the terms of the parties' Settlement Agreement, this action by and between Plaintiff Gooseberry Natural Resources, LLC ("Gooseberry") and Defendant Fark, Inc. ("Fark"), including all claims and defenses asserted by and between Gooseberry and Fark, shall be dismissed with prejudice; and

2. As between Gooseberry and Fark, each such party shall bear its own costs and attorneys' fees.

SO STIPULATED.

Dated: August 3, 2011

Respectfully submitted,
**WHITE FIELD, INC.**

_/s/ Steven W. Ritcheson_
Steven W. Ritcheson
Attorney for Plaintiff
GOOSEBERRY NATURAL RESOURCES, LLC

Dated: August 3, 2011

Respectfully submitted,
**ROETZEL & ANDRESS**

_____
Joseph Ruscak
Attorney for Defendant
FARK, INC.

1
**STIPULATION FOR DISMISSAL OF DEFENDANT FARK, INC.**
Case No. 10-cv-09220-JHN (CW)