1 Steven W. Ritcheson, Esq. (SBN 174062)
  WHITE FIELD, INC.
2 9800 D Topanga Canyon Blvd. #347
  Chatsworth, California 91311
3 Telephone: (818) 882-1030
  Facsimile: (818) 337-0383
4 swritcheson@whitefieldinc.com

5 Attorneys for Plaintiff, GOOSEBERRY NATURAL RESOURCES, LLC

6

7

8

9 UNITED STATES DISTRICT COURT

10 FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 LOS ANGELES DIVISION

12

| GOOSEBERRY NATURAL RESOURCES, LLC, | Case: **2:10-cv-09220-JHN –CWx** |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT FARK, INC.** |
| v. | |
| A.H. BELO CORP, FARK, INC., GEEKNET, INC., INTERSERVE, INC. d/b/a TECHCRUNCH, INC., 7TH WAVE INC. | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT FARK, INC.**
Case No. 10-cv-09220-JHN (CW)

On August 8, 2011, Plaintiff Gooseberry Natural Resources, LLC, ("Gooseberry") and Defendant Fark, Inc. ("Fark"), filed a stipulation [74] to dismiss all claims and defenses asserted by and between Gooseberry and Fark with prejudice and, as between Gooseberry and Fark, each such party shall bear its own costs and attorneys' fees.

Having reviewed the stipulation of the parties, the Court hereby GRANTS the stipulated dismissal.

IT IS SO ORDERED.

Date: august 09, 2011

_____
uyen
Judge

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT FARK, INC.**
Case No. 10-cv-09220-JHN (CW)